JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER DE GUCHY,<br><br>   Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC;<br>and DOES 1 to 20, inclusive<br><br>   Defendant. | CASE NO.: 2:21-CV-03744-RGK (JC)<br><br>Judge R. Gary Klausner<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**  [78] |

  Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

  Based on the settlement of the parties and the Stipulation to dismiss the entire action, with prejudice, the parties' request to take the Final Status Conference presently scheduled for Monday, April 18, 2022 at 10:00 a.m. off calendar is hereby GRANTED.  The Clerk shall close this action.

  **IT IS SO ORDERED.**

Dated: April 15, 2022

                _/s/ Gary Klausner_
                Judge R. Gary Klausner
                United States District Judge

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614